# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **ROCKEFELLER PHOTOS, LLC,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | |
| | **1:25-cv-01508-CLM** |
| v. | |
| **FRESH VALUE, INC.,** | **UNOPPOSED** |
| **Defendant.** | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME
### FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT

Plaintiff Rockefeller Photos, LLC ("Plaintiff") hereby files this motion for an extension of time for defendant Fresh Value, Inc. ("Defendant") to file its response to the Complaint, and in support thereof state as follows:

1. On September 5, 2025, Plaintiff filed its Complaint. Doc. 1.

2. On September 17, 2025, Defendant was served with the Summons and the Complaint. As such, Defendant's Answer or responsive pleading was due October 8, 2025. Doc. 4.

3. On October 1, 2025, undersigned counsel was contacted by counsel for Defendant who asked for an extension of time to respond to the Complaint, investigate the matter further, and/or to explore potential resolution of the matter, which undersigned counsel agreed to.

4. Since that time, the undersigned counsel and counsel for Fresh Value have been engaged in negotiations to try to settle this lawsuit.

5.      Plaintiff now requests that Defendant be given an additional thirty (30) days from the date of this filing to file an Answer or responsive pleading.

6.      The requested relief is made in good faith. The relief being sought will neither unfairly prejudice Plaintiff or Defendant, nor cause undue delay.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order: (a) granting this Motion and (b) extending the deadline for Defendant to file its respective Answer or responsive pleading on or before December 13, 2025.

Respectfully submitted this 13th day of November, 2025.

>  /s/ John S. Johnson
> JOHN S. JOHNSON (ASB-7114-H67J)
> *Attorney for Plaintiff Rockefeller Photos, LLC*

**OF COUNSEL:**
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, AL 35203
Telephone:   (205) 324-4400
Facsimile:    (205) 322-1163
E-mail:         jjohnson@handfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

>  /s/ John S. Johnson
> John S. Johnson, Esq.